JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR INTERNET, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN MADSEN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 14-5290-GW(PJWx)<br><br>Judge: Hon. George H. Wu<br>Complaint Filed: July 8, 2014<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal by and between plaintiff Bel Air Internet, LLC and defendant Martin Madsen, through their respective attorneys:

IT IS HEREBY ORDERED that this entire action be and hereby is dismissed with prejudice, and that each party shall bear his or its own costs and attorney's fees incurred in connection with the action.

Dated: January 9, 2015

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 324 Manhattan Beach Blvd., Suite 201, Manhattan Beach, California 90266.

On January 12, 2015, I served the documents listed in the attached "List of Documents" as follows:

**[ ]   BY MAIL (as indicated on the attached Service List)**
I placed the original or true copy of the documents in a sealed envelope addressed as on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Manhattan Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing the affidavit.

**[X]   BY NOTICE OF ELECTRONIC FILING (NEF)**
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 12, 2015, I checked the CM/ECF docket for this proceeding and determined that the persons on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the email addresses as listed on the attached Service List.

**[ ]   BY OVERNIGHT COURIER**
I placed the original or true copy of the documents in a sealed envelope addressed as on the attached Service List. I caused such envelope(s) to be delivered by overnight courier to the offices of the addressee(s) noted on the attached Service List.

**[ ]   BY PERSONAL SERVICE (as indicated on the attached Service List)**
I placed the original or true copy of the documents in a sealed envelope addressed as on the attached Service List. I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) noted on the attached Service List.

**Executed on January 12, 2015, in Manhattan Beach, California.**

**[ ]   STATE**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**[X]   FEDERAL**   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Type or Print Name

- 1 -   CV 14-05290 GW (PJWx)

PROOF OF SERVICE

<u>SERVICE LIST</u>

Courtney E. Curtis
D<small>ERBY</small> | C<small>URTIS</small> <small>LLP</small>
800 Wilshire Blvd., Suite 1450
Los Angeles, CA  90017
courtney@derbycurtis.com


Frank Sandelmann
DINSMORE & SANDELMANN, LLP
324 Manhattan Beach Blvd., Ste. 201
Manhattan Beach, CA 90266
fsandelmann@lawinmb.com

LIST OF DOCUMENTS

**PROPOSED ORDER**

- 3 -

PROOF OF SERVICE